**No. 53438.**—American Manufacturing Co. et al. *v.* United States, protests 141034–K, etc. (New York).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53439.**—Morris Hess & Co. *v.* United States, protest 146225–K (A) (New York).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 53440.**—Bellows & Co., Inc. *v.* United States, protest 147337–K (New York).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

BEFORE THE THIRD DIVISION, AUGUST 1, 1949

**No. 53441.**—Lador, Inc., et al. *v.* United States, protests 112192–K, etc. (New York).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53442.**—Glaser Bros. *v.* United States, protest 116676–K (San Francisco).

Opinion by EKWALL, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

**No. 53443.**—W. N. Modglin & Co. *v.* United States, protest 953203–G (Los Angeles).

Opinion by EKWALL, J.   In accordance with stipulation of counsel that the merchandise is similar in all material respects to the creme de cassis involved in *DeFremery & Co.* v. *United States* (31 C. C. P. A. 83, C. A. D. 253), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, AUGUST 3, 1949

**No. 53444.**—Fownes Bros. & Co., Inc., et al. *v.* United States, protests 147365–K, etc.   (New York).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.